**Appeal Reinstated and Order filed November 18, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00165-CR
_____

**HAROLD BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1362106**

## ORDER

On August 14, 2014, we abated this appeal for the trial court to submit written findings of fact and conclusions of law on the voluntariness of appellant's statement. On November 4, 2014, a supplemental clerk's record was filed containing the trial court's findings and conclusions.

The appeal is reinstated and we afford appellant the opportunity to file an amended or supplemental brief in light of the trial court's findings and conclusions.

Appellant's amended or supplemental brief is due to be filed in this court within 30 days of the date of this order.


PER CURIAM